STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

MARC J. PEIRCE and GARY PEIRCE :
-VS- :
PLEASANT PROPERTIES, INC. :

PB 08-5355
~~PM~~ Number

**ORDER APPOINTING A TEMPORARY RECEIVER**

This cause came on to be heard upon Plaintiff's Petition for Appointment of a Receiver and, upon consideration thereof, it is hereby:

**ORDERED, ADJUDGED AND DECREED**

1. That Stephen Del Sesto Esq. of Pawtucket, Rhode Island be and hereby is appointed Temporary Receiver (the "Receiver") of the Defendant;
2. That said Receiver shall, no later that five (5) days from the date hereof, file a bond in the sum of $ 10,000. with any surety company authorized to do business in the State of Rhode Island as surety thereon, conditioned that the Receiver will well and truly perform the duties of said office and duly account for all monies and property which may come into the Receiver's hands and abide by and perform all things which the Receiver will be directed to do by this Court;
3. That said Receiver is authorized to take possession and charge of the property and assets of the Defendant, to collect the debts and property belonging to it and to preserve the same until further Order of this Court;
4. That said Receiver is authorized, until further Order of this Court, in the Receiver's discretion and as said Receiver deems appropriate and advisable, to conduct the business of said Defendant, to borrow money from time to time, to purchase, for cash or upon credit, merchandise, materials and other property, to engage appraisers and/or employees and assistants, clerical or otherwise, and to pay all such individuals and entities in the usual course of business, and to do and perform or cause to be done and performed all other acts and things as are appropriate in the premises;
5. That, pursuant to and in compliance with Rhode Island Supreme Court Executive Order No. 95-01, this Court finds that the designation of the aforedescribed person for appointment as Receiver herein is warranted and required because of the Receiver's specialized expertise and experience in operating businesses in Receivership and in administrating non-routine Receiverships which involve unusual or complex legal, financial, or business issues.

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2008 AUG 18 A 9:34

6. That the commencement, prosecution, or continuance of the prosecution, of any action, suit, arbitration, proceeding, hearing, or any foreclosure, reclamation or repossession proceeding, both judicial and non-judicial, or any other proceeding, in law or in equity or under any statute, or otherwise, against said Defendant or any of its property, in any Court, agency, tribunal, or elsewhere, or before any arbitrator, or otherwise by any creditor, stockholder, corporation, or partnership or any other person, or the levy of any attachment, execution or other process upon or against any property of said Defendant, or the taking or attempting to take into possession any property in the possession of the Defendant or of which the Defendant has the right to possession, or the cancellation at any time during the Receivership proceedings herein of any insurance policy, lease or other contract with the Defendant, by any of such parties as aforesaid, other than the Receiver designated as aforesaid, or the termination of telephone, electric, gas or other utility service to Defendant, by any public utility, without obtaining prior approval thereof from this Honorable Court, in which connection said Receiver shall be entitled to prior notice and an opportunity to be heard, are hereby restrained and enjoined until further Order of this Court.

7. That a Citation be issued to said Defendant, returnable to the Rhode Island Superior Court sitting in Providence County at 250 Benefit Street, Providence, Rhode Island on 9-9, 2008 at 9:30 am, at which time and place this cause is set down for Hearing on the prayer for the Appointment of a Permanent Receiver; that the Clerk of this Honorable Court shall give Notice of the pendency of the Petition herein by publishing this Order Appointing Temporary Receiver once in the Providence Journal newspaper on or before August 8-25, 2008, and the Receiver shall give further notice by mailing on or before 9-2, 2008, a copy of said Order Appointing Temporary Receiver to each of the Defendant's creditors and stockholder whose address is known or may become known to the Receiver.

ENTERED as an Order of this Court this 18th day of August, 2008.

ENTER:

[signature]
Associate Justice Silverstein J.
Dated:
8/18/08

BY ORDER:

[signature], ESQ
Clerk, Superior Court Supervisory
Dated:

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island