The Department of the Treasury
Internal Revenue Service

FAQ| Search| IRS Auction Home| Treasury Home Page| Previous Page

**Notice of Public Auction Sale**

Under the authority in Internal Revenue Code section 6331, the property described below has been seized for nonpayment of internal revenue taxes due from Taxpayer. The property will be sold at public auction as provided by Internal Revenue Code section 6335 and related regulations.

**Date:** 8/21/2008
**Time:** 12:00 PM

**Sale Location:** ***60 Mead Street Seekonk, MA 02771***

**Title Offered:** Only the right, title and interest of the Taxpayer in and to the property will be offered for sale. If requested, the Internal Revenue Service will furnish information about possible encumbrances, which may be useful in determining the value of the interest being sold.

**Description of Property:** Industrial Truck Terminal/Hub/Transit. The subject facility has 3.03 acres with 12,068 square feet total finished area, 20 loading docks, 4 grade level doors, OFFICE includes general office area, dispatch, office and drivers restrooms, shop. The general office has 2,176 sq ft, the garage has 3,600 sq ft; the transit area has 6,292 sq ft. Great location, Industrial Park off Route 6 in Seekonk, Minutes to I-195 between Fall River, MA and Providence, RI.
Commercial real estate located at 60 Mead St. Seekonk, MA as recorded at Registry of Deeds, Taunton, MA. at Book 10452 Page 27-29 on 04/09/2002 and further described as: That certain tract or parcel of land, with all buildings and improvements thereon, situated on the northern side of Mead Street in the Town of Seekonk, County of Bristol and Commonwealth of Massachusetts and bounded and described as follows: Beginning at a point in the northerly line of said Mead Street at the southeasterly corner of land now or formerly belonging to John E. Anderson and at the southwesterly corner of the parcel herein described, said point of beginning being two hundred twenty (220) feet easterly from the easterly line of Leavitt Street as measured along the northerly line of Mead Street; thence running northerly bounding westerly on said Anderson land three hundred sixty eight and 51/100 (368.51) feet to a corner; thence turning an interior angle of 86-59'-50" and running easterly bounding northerly on land now or formerly belonging to The Big L, Inc. three hundred thirty three and 09/100 (333.09) feet to an angle; thence turning an interior angle of 223 -40'-44" and running northeasterly bounding northwesterly on said land of The Big L, Inc. eighty nine and 88/100 (89.88) feet to a corner; thence turning an interior angle of 46 – 19'-20" and running southeasterly bounding easterly on other land of these grantors three hundred thirty six and 95/100 (336.95) feet to said Mead Street; thence turning an interior angle of 114-16'-56" and running southwesterly bounding southeasterly on said Mead Street six and 30/100 (6.30) feet to a granite bound at the point of curvature of a curve having a radius of 1039.61 feet; thence running southwesterly and westerly in the arc of said curve and bounding southeasterly and southerly on said Mead Street three hundred eighty six and 11/100 (386.11) feet to the point of beginning and containing 132,138 square feet of and, more or less, or 3.033 acres of land, more or less. Said parcel is comprised of all of lot numbered 133 and the westerly sixty five (65) feet of lot numbered 135 on Tax Assessors plat numbered 7, as of this date. For title reference, see deed recorded in the Bristol Northern District Registry of Deeds in Book 9982 Page 137.

**Property May Be Inspected at:** Drive by Only

**Encumbrances Note:** Senior Encumbrances $465,663.90

**Minimum Bid:** $44,336.10

**Bid Note:** Mail-In Bids accepted

**Click here for Notice of Encumbrances**
This file will need Adobe Acrobat Reader. If your browser is not configured for pdf files the Adobe Acrobat Reader is free to download.

**Click here for Frequently Asked Questions**

**Click here for Mail-in Bid Form**

**Click here for photos of property**

**The Terms of Payment:** Deferred payment as follows: $20,000.00 down the day of sale with the balance due on or before September 12, 2008