UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

STEPHEN F. DELSESTO, as temporary receiver for PLEASANT PROPERTIES, INC.,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

C. A. No. 08-313-ML

**ORDER DENYING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**

This matter came before the Court for hearing at 10:00 a.m. on August 21, 2008, on Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction, filed August 20, 2008. The United States of America filed an opposition shortly before the hearing. The Court held the hearing in chambers. The plaintiff was represented by Michael P. Robinson. The defendant was represented by Assistant United States Attorney Ly Nguyen, and by Peter Sklarew of the Department of Justice, Tax Division, participating by telephone. The Court heard arguments on behalf of the parties, having reviewed the papers filed. As the Court stated at the hearing, the Court concludes that plaintiff's likelihood of ultimately prevailing on the merits is negligible, and the plaintiff has otherwise failed to demonstrate that he meets the standards required for the issuance of a temporary restraining order or preliminary injunction. Accordingly, Plaintiff's Motion for Temporary Restraining Order is DENIED.

SO ORDERED this 21st day of August, 2008.

ENTER:

Mary M. Lisi

MARY M. LISI, CHIEF JUDGE
UNITED STATES DISTRICT COURT