| Form **4585** (Rev. June 2002) | Department of the Treasury — Internal Revenue Service<br>**Minimum Bid Worksheet** | [X] Initial<br>[ ] Revised |
|---|---|---|

| | | |
|---|---|---|
| 1. Taxpayer name *(from Balance Due)*<br>Pleasant Properties Inc. | | 2. Seizure number<br>08-01-01-058 |
| 3. Liability *(including unassessed accrued amounts)* | $ 184,297.91 | |
| 4. Estimated expenses of sale *(from Form 2433)* | $ 3,000.00 | **Amount** |
| 5. Property value *(from Form 2433)* | | $ 850,000.00 |
| 6. Property value reduction *(not to exceed 25%)* | 25 % | $ 212,500.00 |
| 7. Forced sale value *(Line 5 minus Line 6)* | | $ 637,500.00 |
| 8. Percentage of forced sale value *(normally 20%)* | 20 % | $ 127,500.00 |
| 9. Reduced forced sale value *(Line 7 minus Line 8)* | | $ 510,000.00 |

10. **Prior Claims**
*(from Form 2434-B; get Counsel opinion when necessary)*

| Name and Address of Claimant | Type of Claim | Date Recorded | Balance Due / Date Verified |
|---|---|---|---|
| Town of Seekonk<br>100 Peck Street Seekonk MA | Property Tax | 12/07/2006 | $ 57,026.54<br>06/18/2008 |
| Bank of Rhode Island<br>625 George Washington Hwy, Lincoln RI 02865 | Mortgage | 04/09/2002 | 408,637.36<br>06/23/2008 |
| | | | |
| 11. Total of prior claims | | ▶ | 465,663.90 |
| 12. MINIMUM BID PRICE *(Line 9 minus Line 11)* | | | $ 44,336.10 |

13. Explain how the fair market value was determined.

Fair Market value was based upon internet research, and reviewing commercial property sales with local Brokers. I also viewed the property and reviewed commercial sales in Seekonk and discussed property value with town assessor. I reviewed the negative impact of fuel price increase on the trucking industry with commercial brokers.

14. Remarks *(Explain the basis for the percentage reductions used. For revised minimum bids, explain the reason for the revision.)*

A reduction of 25 % was used to arrive at forced sale value due to this not being a sale between a willing buyer and seller and with experience with prior sales of this type. A reduction of 20 % was used to arrive at reduced forced sale value due to some of the drawbacks of an administrative tax sale of real property, which include: conventional financing is not available; the purchaser will not have access or use of the property due to the taxpayer's 180 day redemption right; no guaranty, warranty, or fitness for use is given; a quick claim deed is issued and not a warranty deed; eviction of any tenants will be the responsibility of the purchaser; prospective bidders can not access or inspect the property prior to sale; and the property is sold where is, as is with no recourse against the Government.

| | | |
|---|---|---|
| 15. Signature of Service employee<br>Timothy P. Smith | | Date<br>06/23/2008 |
| 16. Approval signature<br>Scott Franks | Title<br>PALS Group Manager | Date<br>06/24/2008 |

***(Remove carbon before completing letter on back of Part 3)***