# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

Stephen F. Delsesto, as
temporary receiver for Pleasant
Properties, Inc.

v.

CA 08-313ML

United States of America

## ORDER

A Report of IRS Tax Sale and Suggestion of Mootness was filed on August 25, 2008.

It is now ORDERED that this action will be dismissed as to the above-named defendants without prejudice and without costs within 15 days as moot, unless plaintiff can show good cause as to why the case should not be dismissed.

DRI LR Cv 41.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief U.S. District Judge
September 12, 2008

Entered as an Order of this Court on September 12, 2008

Barbara Barletta
Deputy Clerk